UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | NO. 3:25-MJ-00045 |
| v. : | |
| : | |
| MARVIN RIVERA, ET. AL., : | (CARABALLO, M.J.) |
| Defendant. : | |

## ORDER

NOW THIS 30th day of July 2025, upon consideration of the Government's Motion to Unseal the Case, it is hereby ORDERED, that the Clerk may unseal the above captioned case, except for the Affidavit of Probable Cause attached to the Complaint.

_____
PHILLIP J. CARABALLO
U.S. Magistrate Judge