IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 3:25-MJ-45 |
| v. | : |
| ANGELA RUGGIERO, | : |
| | : (Magistrate Judge Caraballo) |
| Defendant | : |

Type of Case:    ( ) Civil    (x) Criminal

(xx) TAKE NOTICE that the proceeding in this case has been **SCHEDULED** to the place, date and time set forth below:

William J. Nealon Federal Bldg. &
U.S. Courthouse
235 N. Washington Ave
Scranton, PA  18501

COURTROOM No. : 6

Date: Friday, August 8, 2025
Time:  2:00 p.m.

TYPE OF PROCEEDING:  **Preliminary Hearing**

Peter J. Welsh, Clerk of Court
s/ *Sheri Slusser*
Sheri Slusser, Deputy Clerk

DATED: July 31, 2025

To:   Honorable Phillip J. Caraballo
      James Buchanan, Assistant US Attorney
      David Cherundolo, Esquire
      U.S. Marshal
      Pretrial / Probation
      Court Reporter